UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x
                                  :
UNITED STATES OF AMERICA          :     **SEALED**
                                  :     **INDICTMENT**
         - v. -                   :
                                  :     13 Cr. **13 CRIM 882**
HECTOR VILLARREAL,                :
                                  :
              Defendant.          :
                                  :
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/12/13

<u>COUNT ONE</u>

The Grand Jury charges:

1.   From in or about March 2011 up to and including in or about November 2013, in the Southern District of New York and elsewhere, HECTOR VILLARREAL, the defendant, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.   It was a part and an object of the conspiracy that HECTOR VILLARREAL, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

3.   The controlled substance involved in the offense was 5 kilograms and more of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(A).

**JUDGE RAMOS**

OVERT ACTS:

4. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

   a. In or about July 2011, HECTOR VILLARREAL, the defendant, provided approximately 15 kilograms of cocaine to two co-conspirators not named as defendants herein ("CC-1" and "CC-2," respectively) in a parking lot in New Jersey and received from CC-1 and CC-2, several hundred thousand dollars in U.S. currency.

   b. On or about September 23, 2011, VILLARREAL traveled from the Bronx, New York to East Fairfield, New Jersey to collect approximately $500,000 in narcotics proceeds for delivery to co-conspirators not named as defendants herein based in Mexico.

(Title 21, United States Code, Section 846.).

FORFEITURE ALLEGATION

5. As a result of committing the controlled substance offense alleged in Count One of this Indictment, HECTOR VILLARREAL, the defendant, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the

offense and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the offense alleged in Count One of this Indictment.

## SUBSTITUTE ASSETS PROVISION

6. If any of the above-described forfeitable property, as a result of any act or omission of the defendant,

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

(Title 18, United States Code, Section 853)

_____
FOREPERSON

_____
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

HECTOR VILLARREAL,

                Defendant.

**INDICTMENT**

13 Cr.

(21 U.S.C. §§ 846, and 853.)

PREET BHARARA
United States Attorney.

A TRUE BILL

                Foreperson.

11/12/13   F/d Indictment under seal

         Pitman, US MJ